

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00516-CR

Kedreen Marque **PUGH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6053
Honorable Stephanie R. Boyd, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 20, 2022.

_____
Rebeca C. Martinez, Chief Justice